**Exhibit A to the Complaint**

**Location:** San Francisco, CA  
**Total Works Infringed:** 30  
**IP Address:** 71.202.85.47  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: E79EC4D3FEB92367693E14BB727D49796B3C6C6F<br>File Hash: 51FC290F5DE0285E7040A7FD84A7DF71182816A326C1B56160787D513A7C0DD1 | 08-11-2021 22:22:58 | Blacked Raw | 08-02-2021 | 08-23-2021 | PA0002308428 |
| 2 | Info Hash: C00EDC1F12E5051872EB0D78C518EF755F9AB034<br>File Hash: 90C3C43060083796BF2F4730B6F8BEC9003AC66F7E40A7453C3792A1778E5035 | 05-22-2021 23:09:28 | Tushy | 04-11-2021 | 04-27-2021 | PA0002288948 |
| 3 | Info Hash: 5387A4079A0658BA4B420D7E946DD6411EC141CB<br>File Hash: C86F5B693A35584991A6A1297C8ADF9C1343FDED12BC0D2E19B499110C6A4A00 | 12-04-2020 01:46:21 | Vixen | 10-01-2018 | 11-01-2018 | PA0002143421 |
| 4 | Info Hash: 6853D68665EAC2D439946526E3F7D00F62F0F5E7<br>File Hash: 6D7DF643E57AB61343E655DB17F3580190A93975EEB2E581951E0B0531734DEE | 11-28-2020 04:34:22 | Tushy | 11-27-2018 | 01-22-2019 | PA0002149851 |
| 5 | Info Hash: AA9FA66928BC03ABEF9C8C22D9701CB9304A1DF1<br>File Hash: 9F6204B6AC3F2312E4CE62EF0260ADE963D0CCADF728542999A5B78213895530 | 11-28-2020 01:26:26 | Tushy | 06-07-2020 | 06-25-2020 | PA0002255506 |
| 6 | Info Hash: C69D814E30CABBAB3714571C8084E6A1AAA0CBC1<br>File Hash: 2F6A5100A60DA577CF382E6D0B66487F0829C0C3CB0BA7E434F3B3CF2ED24136 | 10-19-2020 20:51:17 | Blacked Raw | 03-08-2018 | 04-17-2018 | PA0002116094 |
| 7 | Info Hash: 246AAA9C4401D4F5F3CB7E77E2D0250BD501A1DA<br>File Hash: 906A4DEAA80AB7DC31B7D101C0E5421CD70D30B3578A5166299EB47F657CB13A | 10-17-2020 23:11:20 | Blacked | 02-24-2019 | 03-31-2019 | PA0002163974 |
| 8 | Info Hash: 2C7C20567F000E272AA35F0DDD3BF6D940103477<br>File Hash: BB5C42630674C02AA9F9CC36AC85C80A24080481EF82E670AF332C692493AE8E | 10-17-2020 23:10:42 | Blacked Raw | 09-19-2019 | 09-25-2019 | PA0002203162 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 1902DE7B974CAE62FB7A5DE639C19031FC126C4B<br>File Hash: 781B373FEF7FD1DB9FFCC80BE5795BB9A4321D3C081FC38E6B983D49B1551E4A | 10-04-2020 01:37:18 | Blacked | 07-25-2020 | 08-11-2020 | PA0002252256 |
| 10 | Info Hash: 7900C7077A3D53102228E17B96FD8D72A694A5F4<br>File Hash: 17A4B0866205898235D310F0484A2609AE21AC37870C77A9FD82E9C90D87C2C1 | 05-07-2020 22:37:46 | Tushy | 02-25-2020 | 04-15-2020 | PA0002245083 |
| 11 | Info Hash: 502A4328F01635F003ABC25667CD56E0ACEF67F8<br>File Hash: A0A1C40524F7CB983DE9B9F87BB347EA335D6BFB55C8DAE91B2CC62F7CDD9634 | 04-29-2020 05:31:12 | Tushy | 09-28-2019 | 10-21-2019 | PA0002207776 |
| 12 | Info Hash: B271511687890F0A57EE68486AFE3F2D827638A1<br>File Hash: 13E20DBDB72C6C25E0A12376FDA2D4CC1E26AFA4DBEB2486C0D92B77F88EDFED | 04-28-2020 05:32:49 | Tushy | 07-10-2017 | 08-18-2017 | PA0002077678 |
| 13 | Info Hash: E361FBAF5A035E55EB694365491C8D6E43D923EA<br>File Hash: 252E7262725B9862C32953D131C8A99D8CE7F97FDFE57C4B98BDDA3555BD1C27 | 04-28-2020 05:20:19 | Tushy | 03-17-2018 | 04-17-2018 | PA0002116750 |
| 14 | Info Hash: 013FB4E2FE05A577E30A26645152DD345E96C188<br>File Hash: 5EA853B95915065642C5BE28E33FA79850309D4241179FCD4851A98B19346A3B | 04-09-2020 03:52:42 | Vixen | 04-03-2020 | 04-17-2020 | PA0002237302 |
| 15 | Info Hash: 7B59B7D3F2021F4D4E93C84314121CE2A2E5F596<br>File Hash: 08E0D570CF10000543FAF3034134F9F70572F85A6F20AF4714C49133A2D2C977 | 04-08-2020 03:21:21 | Vixen | 02-13-2020 | 03-15-2020 | PA0002240552 |
| 16 | Info Hash: B9132E3A2ED748270AB6A024B409C8A616448738<br>File Hash: E8A3F7EA35C60982FAF6F504EDF37C22C7A218E1EE528CB3817122669039228F | 04-08-2020 01:24:49 | Vixen | 02-03-2019 | 03-24-2019 | PA0002183213 |
| 17 | Info Hash: D3476D877FBEF967D1F55CBF7AE390C8F7E2892F<br>File Hash: 818563EC8DA7FB6EA6E894F2E4CFFA965887099B0E30AD7E2DB101ACB7195734 | 04-07-2020 22:06:47 | Vixen | 01-29-2020 | 02-20-2020 | PA0002229058 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: A1116BE2B18C555A87C9C7F10F2A9993547AB7E8<br>File Hash: 5546CBB98784C49BFA005C7ECF8547318C7616531BD782ECD70EBB526FC2BD69 | 04-07-2020 01:38:39 | Vixen | 09-06-2018 | 11-01-2018 | PA0002143433 |
| 19 | Info Hash: F2F1D363DB5FAAF52E0991EC8D44300307CF976C<br>File Hash: 383A0519E7F87F67E48BEE1637A2B65FCA49D2D93D26DBBF8F741D6981EFE163 | 04-07-2020 01:38:19 | Vixen | 11-20-2018 | 12-18-2018 | PA0002141925 |
| 20 | Info Hash: 7DC5428D1EBD837307A66BC522B52C7F3CEE7870<br>File Hash: C455654BF7784E8149B6E0152E69AACE89147C51F998F8EF2E9AC934570FCC34 | 04-06-2020 22:23:09 | Vixen | 11-25-2019 | 12-09-2019 | PA0002216264 |
| 21 | Info Hash: 6A49A11B13EF590A40FF5301E0376A2FB277D641<br>File Hash: C3C755A26B625D3D20995FCF8C88BEC28BDEC365CF0333DFC275F3EF8D7B50A7 | 03-22-2020 23:23:51 | Blacked | 09-22-2018 | 11-01-2018 | PA0002143419 |
| 22 | Info Hash: 8FFA898B2223F0A11776B90689F0C8CE0ABF0DAB<br>File Hash: 1C9DC840D9E042EFF6A3BEDAC8D901D63DF6BDCCA4A91E0D5C7CF2280CA0D3BB | 03-04-2020 22:21:27 | Blacked | 02-14-2020 | 03-18-2020 | PA0002241448 |
| 23 | Info Hash: 413A690A803D3E54ADF7B0B7C14C3705A11330D6<br>File Hash: E5BA7DE283DEAD6EBD7F8D4F5CC7EC556BAE297D4C1E6E3E955B0F65369D47FF | 12-10-2019 01:20:13 | Tushy | 04-16-2019 | 05-11-2019 | PA0002173879 |
| 24 | Info Hash: 20AB522CE3603D7B9E1CF87535EAC8CB4CC26655<br>File Hash: B8BABAFDAE656AFFBE50A18E12F3FBD04AAC819F8390F21F26E1FA4CE1AC74C3 | 02-01-2019 23:23:01 | Blacked Raw | 05-17-2018 | 06-19-2018 | PA0002126644 |
| 25 | Info Hash: D06FB7FF3800D0F03A1A06ADABCD9AB5774A5262<br>File Hash: 816F6331FFC91DA37B95BE773CAB84DC8FE97F744E1701AA9E5CBDA184600F56 | 02-01-2019 23:22:42 | Blacked Raw | 02-06-2018 | 02-20-2018 | PA0002104186 |
| 26 | Info Hash: 9E7AC67ED84D7D04BF3CC582B9C85202AE696326<br>File Hash: F2A48655FBEF5FF6669D03A8713DF2668EB11CC499D2C41070BF7E2378288216 | 02-01-2019 23:22:36 | Blacked | 04-05-2017 | 06-05-2017 | PA0002052859 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: D9E51CBADB018443501D1837F04D54706B6427B6<br>File Hash: 5325427638E9D81AEA23E3641734D4667A64366966A28B9D3AF3B7F16B394D24 | 01-31-2019 00:27:44 | Blacked Raw | 10-29-2018 | 12-10-2018 | PA0002145837 |
| 28 | Info Hash: FA9BE70B60100E1FB6497E88375FE7D0EF98520E<br>File Hash: AD92321C10801AFD6B9212B454D582E6B792036B12C307A6350D67A7F7EB074F | 01-31-2019 00:27:35 | Blacked | 11-16-2018 | 11-25-2018 | PA0002136637 |
| 29 | Info Hash: C056BA3BB10E728B283163C4DC084C81937D9D28<br>File Hash: B3E0D22D047F43AD2F3120B42CE764DE6E8FB7C08BCA53BB847CF6EDDE267B5C | 01-31-2019 00:27:33 | Blacked | 11-26-2018 | 12-18-2018 | PA0002141922 |
| 30 | Info Hash: 33C8EEAB91488A15AD0412E64F7ADE7026BB6214<br>File Hash: 967828A02FBDFBCACC8B88AD557B5AF46A8DDA4C05BA3325BFADE5E1019A3921 | 01-22-2019 01:29:26 | Blacked Raw | 01-07-2018 | 01-24-2018 | PA0002101759 |